IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of: | MJ 20-24-M-KLD |
| Residence of Cristyan J. Gonzelez-Carrillo, 1096 Longbow Lane, Bozeman, MT Lat. 45°41'28.43"N. Long. 111°06'53.73"W | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 29th day of March, 2021.

Kathleen L. DeSoto
United States Magistrate Judge

1